CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 1 9 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES JERRY HAIRSTON, | ) | CASE NO. 7:12CV00460 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | FINAL ORDER |
| | ) | |
| NEW RIVER VALLEY REGIONAL JAIL, | ) | |
| ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous, and this action is stricken from the active docket of the court.

ENTER: This 19 day of October, 2012.

_____
Chief United States District Judge